IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUENTIN T. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-1285(MN) |
| | ) |
| WARDEN PARKER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 8th day of May 2025;

WHEREAS, on April 9, 2024, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 10) in this action recommending that the Court vacate the December 9, 2024 Order (D.I. 5) granting Plaintiff leave to proceed *in forma pauperis* and order Plaintiff to pay the requisite filing fee; and

WHEREAS, Plaintiff did not file objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 10) is ADOPTED.

2. The Court's December 9, 024 Order (D.I. 5) is VACATED.

3. Plaintiff shall pay the $405 filing fee within thirty (30) days from the date of this Order. Failure of Plaintiff to pay the filing fee within that time, will result in the Complaint being dismissed pursuant to 28 U.S.C. § 1915(g).

_____
The Honorable Maryellen Noreika
United States District Judge